### BULKLY V. LEWIS.

Action of account lies before a justice of the peace.

UPON a writ of error to reverse a judgment of a justice in an action of account, it was determined, that an action of account will lie before a justice.   That the plaintiff must demand in his writ the defendant's reasonable account as well as his damages.   And that the justice must first render judgment against the defendant, that he account, and then as he is not empowered to appoint auditors, he must adjust the account as auditors would do, and give final judgment for the balance.

### CORSA AND BULL V. NICHOLS.

Where fraud and duress is plead in avoidance of a note, a reply that said note was freely given without compulsion; adjudged good, without a traverse of the fraud and duress.

ACTION upon a note, to which a special plea in bar was put in to avoid the note — that it was obtained by imposition and fraud and by duress by threatening to imprison the defendant in New York.

To which the plaintiffs replied — That said note was freely given by the defendant, without any compulsion, etc. but they do not traverse the fraud, nor the duress, which was specially plead; to which a special demurrer was given.

Judgment — That the replication is insufficient.